**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern   DIVISION**

In re:   STAVROPLOS, PETER J. § Case No. 18-00058
STAVROPLOS, IRENE S. §
§
§

Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 01/03/2018. The undersigned trustee was appointed on 01/03/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $      47,500.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 16,037.47 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 16,462.53 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/30/2018 and the deadline for filing governmental claims was 07/30/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,000.00, for a total compensation of $4,000.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/12/2019          By: /s/ Eugene Crane
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

**Form 1**

## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 18-00058 | Trustee Name: | (330350) Eugene Crane |
| --- | --- | --- | --- |
| Case Name: | STAVROPLOS, PETER J. STAVROPLOS, IRENE S. | Date Filed (f) or Converted (c): | 01/03/2018 (f) |
|  |  | § 341(a) Meeting Date: | 02/07/2018 |
| For Period Ending: | 04/12/2019 | Claims Bar Date: | 07/30/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 2011 FORD TAURUS, 47000 MILES<br>Entire property value: $9,896.00 | 9,896.00 | 0.00 |  | 0.00 | FA |
| 2 | 2010 LEXUS RX 350, 91000 MILES<br>Entire property value: $11,481.00 | 11,481.00 | 0.00 |  | 0.00 | FA |
| 3 | SOFA AND DRESSER | 100.00 | 50.00 |  | 0.00 | FA |
| 4 | 2 IPHONE 7, APPLE MACBOOK (5 YEARS OLD), 1 SAMSUNG 60" (3 YEARS OLD) _ | 1,000.00 | 500.00 |  | 0.00 | FA |
| 5 | GOLF CLUBS | 400.00 | 0.00 |  | 0.00 | FA |
| 6 | NECESSARY CLOTHING AND WEDDING RING SET | 1,500.00 | 0.00 |  | 0.00 | FA |
| 7 | CHECKING ACCOUNT: JP MORGAN CHASE | 2,000.00 | 1,000.00 |  | 0.00 | FA |
| 8 | CHECKING ACCOUNT: USAA | 1,300.00 | 650.00 |  | 0.00 | FA |
| 9 | CHECKING ACCOUNT: NAVY FEDERAL | 0.00 | 0.00 |  | 0.00 | FA |
| 10 | SAVINGS ACCOUNT: NAVY FEDERAL CREDIT UNION | 2,000.00 | 1,000.00 |  | 0.00 | FA |
| 11 | CHECKING ACCOUNT: NAVY FEDERAL CREDIT | 1,000.00 | 1,000.00 |  | 0.00 | FA |
| 12 | PENSION PLAN: US GOVT PENSION - ACTIVE DUTY MILITARY | Unknown | 0.00 |  | 0.00 | FA |
| 13 | PENSION PLAN: US GOVT PENSION | Unknown | 0.00 |  | 0.00 | FA |
| 14 | ANTICIPATED 2017 INCOME TAX REFUND: FEDERAL | Unknown | 0.00 |  | 0.00 | FA |
| 15 | Personal Injury Claim pending in NY State (u)<br>Stavroplos v. USAA Casualty Insurance Co. Case filed in Supreme Court of State of NY Cty of Jefferson Case no. 17-620<br>Case filed due to underinsured motorist insurance coverage denied by USAA Insurance<br>Estimate of value to be determined once Trustee receives all items of special damage. PI Atty estimates between 50-100,000 of future medical bills. | Unknown | 0.00 |  | 47,500.00 | FA |
| 15 | **Assets Totals (Excluding unknown values)** | **$30,677.00** | **$4,200.00** |  | **$47,500.00** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 2

| | |
|---|---|
| **Case No.:** 18-00058 | **Trustee Name:** (330350) Eugene Crane |
| **Case Name:** STAVROPLOS, PETER J. STAVROPLOS, IRENE S. | **Date Filed (f) or Converted (c):** 01/03/2018 (f) |
| | **§ 341(a) Meeting Date:** 02/07/2018 |
| **For Period Ending:** 04/12/2019 | **Claims Bar Date:** 07/30/2018 |

**Major Activities Affecting Case Closing:**

03/28/2019: Contacted secured creditor to withdraw claim; after withdrawal will file TFR (dk)
12/28/2018: Still waiting for settlement check; sent to Debtor's attorney in error (dk)
11/29/2018: Order entered approving settlement (dk)
11/13/2018: Settlement reached; filed MT to Accept Settlement.  Hearing on 11/29 (dk)
07/02/2018: Status from PI attorney - Case is in litigation. No offers to settle to date. Next step is for all parties to attend depositions. Will likely be scheduled in October 2018. (dk)
05/08: Mt to Employ Special Counsel filed (dk)
04/25: Filed initial report of assets (dk)
04/23: Contacted PI Atty, sent letter with affidavit again per their request; will file Motions to employ special counsel and CSC&D as Trustee attorney.(dk)
03/12: Sent ltr to PI atty with affidavit, requested retainer agreement (dk)
02/07: PI claims pending due to accident in upstate NY (2 separate cases). John Wright in Rochester is PI atty; will contact (dk)

**Initial Projected Date Of Final Report (TFR):** 06/30/2020          **Current Projected Date Of Final Report (TFR):** 06/30/2020

**Form 2**

Exhibit B

Page: 1

# Cash Receipts And Disbursements Record

| Case No.: | 18-00058 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | STAVROPLOS, PETER J. STAVROPLOS, IRENE S. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4571 | Account #: | ******9000 Checking |
| | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/12/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/29/19 | {15} | USAA Garrison Property and Casualty Insurance Company | Payment of gross settlement per Court Order entered on 11/29/2018 | 1242-000 | 47,500.00 | | 47,500.00 |
| 02/01/19 | 101 | Cellino & Barnes, P.C. | Special Counsel Fees awarded per Court Order 11/29/2018 | 3210-600 | | 15,666.67 | 31,833.33 |
| 02/01/19 | 102 | Cellino & Barnes, P.C. | Special Counsel Expenses awarded per Court Order 11/29/2018 | 3220-610 | | 370.80 | 31,462.53 |
| 02/01/19 | 103 | Peter J. Stavroplos | Debtor's exemption for personal injury claim | 8100-002 | | 15,000.00 | 16,462.53 |
| | | **COLUMN TOTALS** | | | 47,500.00 | 31,037.47 | $16,462.53 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 47,500.00 | 31,037.47 | |
| | | Less: Payments to Debtors | | | | 15,000.00 | |
| | | **NET Receipts / Disbursements** | | | $47,500.00 | $16,037.47 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2**

Exhibit B

Page: 2

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 18-00058 | **Trustee Name:** | Eugene Crane (330350) |
| **Case Name:** | STAVROPLOS, PETER J. STAVROPLOS, IRENE S. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***4571 | **Account #:** | ******9000 Checking |
| **For Period Ending:** | 04/12/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $47,500.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $15,000.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $32,500.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9000 Checking | $47,500.00 | $16,037.47 | $16,462.53 |
| | $47,500.00 | $16,037.47 | $16,462.53 |

UST Form 101-7-TFR (5/1/2011)

Printed: 04/12/2019 1:09 PM    Page: 1

# Exhibit C

## Claims Proposed Distribution Register

### Case: 18-00058 STAVROPLOS, PETER J.

**Case Balance:** $16,462.53     **Total Proposed Payment:** $16,462.53     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 7 | USAA Federal Savings Bank | Secured | $7,299.55 | $0.00 | $0.00 | $0.00 | $0.00 | $16,462.53 |
| | **Claim Memo:** According to POC security is Debtor's automobile which the Trustee has not administered. Debtor may have car or it may be repossessed by creditor. | | | | | | | |
| | Eugene Crane | Admin Ch. 7 | $4,000.00 | $4,000.00 | $0.00 | $4,000.00 | $4,000.00 | $12,462.53 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | Crane, Simon, Clar & Dan | Admin Ch. 7 | $6,513.50 | $6,513.50 | $0.00 | $6,513.50 | $6,513.50 | $5,949.03 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | Crane, Simon, Clar & Dan | Admin Ch. 7 | $102.95 | $102.95 | $0.00 | $102.95 | $102.95 | $5,846.08 |
| | <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| 1 | U.S. Dept. of Education/MOHELA | Unsecured | $8,546.30 | $8,546.30 | $0.00 | $8,546.30 | $320.08 | $5,526.00 |
| 2 | Discover Bank | Unsecured | $9,784.21 | $9,784.21 | $0.00 | $9,784.21 | $366.44 | $5,159.56 |
| 3 | Capital One Bank (USA) N.A. | Unsecured | $2,390.39 | $2,390.39 | $0.00 | $2,390.39 | $89.53 | $5,070.03 |
| 4 | Navient PC Trust | Unsecured | $6,188.86 | $6,188.86 | $0.00 | $6,188.86 | $231.79 | $4,838.24 |
| 5 | Navient SLF I, LLC | Unsecured | $41,299.54 | $41,299.54 | $0.00 | $41,299.54 | $1,546.78 | $3,291.46 |
| 6 | Navient SLF I, LLC | Unsecured | $48,613.14 | $48,613.14 | $0.00 | $48,613.14 | $1,820.69 | $1,470.77 |
| 8 | American Express National Bank | Unsecured | $2,300.25 | $2,300.25 | $0.00 | $2,300.25 | $86.15 | $1,384.62 |

Printed: 04/12/2019 1:09 PM

Page: 2

# Exhibit C

## Claims Proposed Distribution Register

Case: 18-00058 STAVROPLOS, PETER J.

**Case Balance:** $16,462.53    **Total Proposed Payment:** $16,462.53    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 9 | American Express National Bank | Unsecured | $3,478.91 | $3,478.91 | $0.00 | $3,478.91 | $130.29 | $1,254.33 |
| 10 | American Express National Bank | Unsecured | $1,213.72 | $1,213.72 | $0.00 | $1,213.72 | $45.46 | $1,208.87 |
| 11 | American Express National Bank | Unsecured | $4,721.07 | $4,721.07 | $0.00 | $4,721.07 | $176.82 | $1,032.05 |
| 12 | American Express National Bank | Unsecured | $1,865.51 | $1,865.51 | $0.00 | $1,865.51 | $69.87 | $962.18 |
| 13 | American Express National Bank | Unsecured | $2,495.44 | $2,495.44 | $0.00 | $2,495.44 | $93.46 | $868.72 |
| 14 | American Express National Bank | Unsecured | $467.90 | $467.90 | $0.00 | $467.90 | $17.52 | $851.20 |
| 15 | American Express National Bank | Unsecured | $9,452.43 | $9,452.43 | $0.00 | $9,452.43 | $354.02 | $497.18 |
| 16 | American Express National Bank | Unsecured | $10,360.85 | $10,360.85 | $0.00 | $10,360.85 | $388.04 | $109.14 |
| 17 | Army & Air Force Exchange Services | Unsecured | $2,913.99 | $2,913.99 | $0.00 | $2,913.99 | $109.14 | $0.00 |
| | **Total for Case:** | **18-00058** | $174,008.51 | $166,708.96 | $0.00 | $166,708.96 | $16,462.53 | |

Printed: 04/12/2019 11:09 AM

Page: 3

# Exhibit C

## Claims Proposed Distribution Register

**Case: 18-00058 STAVROPLOS, PETER J.**

| | | | |
|---|---|---|---|
| **Case Balance:** $16,462.53 | **Total Proposed Payment:** $16,462.53 | **Remaining Balance:** $0.00 |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims:** | $10,616.45 | $10,616.45 | $0.00 | $10,616.45 | 100.00% |
| **Total Secured Claims:** | $7,299.55 | $0.00 | $0.00 | $0.00 | 0.00% |
| **Total Priority Claims:** | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| **Total Unsecured Claims:** | $156,092.51 | $156,092.51 | $0.00 | $5,846.08 | 3.75% |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 18-00058
Case Name: PETER J. STAVROPLOS AND IRENE S. STAVROPLOS
Trustee Name: Eugene Crane

**Balance on hand:**   $                16,462.53

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | USAA Federal Savings Bank | 7,299.55 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $         0.00
Remaining balance:   $    16,462.53

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Eugene Crane | 4,000.00 | 0.00 | 4,000.00 |
| Attorney for Trustee Fees - Crane, Simon, Clar & Dan | 6,513.50 | 0.00 | 6,513.50 |
| Attorney for Trustee, Expenses - Crane, Simon, Clar & Dan | 102.95 | 0.00 | 102.95 |

Total to be paid for chapter 7 administrative expenses:   $    10,616.45
Remaining balance:   $     5,846.08

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:   $     5,846.08

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 5,846.08 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $156,092.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | U.S. Dept. of Education/MOHELA | 8,546.30 | 0.00 | 320.08 |
| 2 | Discover Bank | 9,784.21 | 0.00 | 366.44 |
| 3 | Capital One Bank (USA) N.A. | 2,390.39 | 0.00 | 89.53 |
| 4 | Navient PC Trust | 6,188.86 | 0.00 | 231.79 |
| 5 | Navient SLF I, LLC | 41,299.54 | 0.00 | 1,546.78 |
| 6 | Navient SLF I, LLC | 48,613.14 | 0.00 | 1,820.69 |
| 8 | American Express National Bank | 2,300.25 | 0.00 | 86.15 |
| 9 | American Express National Bank | 3,478.91 | 0.00 | 130.29 |
| 10 | American Express National Bank | 1,213.72 | 0.00 | 45.46 |
| 11 | American Express National Bank | 4,721.07 | 0.00 | 176.82 |
| 12 | American Express National Bank | 1,865.51 | 0.00 | 69.87 |
| 13 | American Express National Bank | 2,495.44 | 0.00 | 93.46 |
| 14 | American Express National Bank | 467.90 | 0.00 | 17.52 |
| 15 | American Express National Bank | 9,452.43 | 0.00 | 354.02 |
| 16 | American Express National Bank | 10,360.85 | 0.00 | 388.04 |
| 17 | Army & Air Force Exchange Services | 2,913.99 | 0.00 | 109.14 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 5,846.08 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims:  $         0.00
Remaining balance:  $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $         0.00
Remaining balance:  $         0.00

**UST Form 101-7-TFR(5/1/2011)**