IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:
Peter J. Stavroplos
Irene S. Stavroplos,

Case No. 18-00058
Chapter 7
Judge Janet S. Baer

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS    )
                     )
COUNTY OF COOK       )

      The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the Notice of Trustee's Final Report and Applications for Compensation to be served either electronically or via U.S. First Class Mail on all parties listed on the attached Service List on the 24th day of April, 2019, before the hour of 5:00 p.m.

                                              /s/Eugene Crane

Eugene Crane, Esq. (Atty. Reg. #0537039)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
Phone: (312) 641-6777
Fax: (312) 641-7114

# SERVICE LIST

*Parties Served electronically:*
Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Thomas N Auwers
tauwers@hellerrichmond.com

USAA Federal Savings Bank
  c/o Evan Lincoln Moscov
evan.moscov@moscovlaw.com, bncmail@w-legal.com;teresap@w-legal.com

Michael R Richmond
mrichmond@hellerrichmond.com, G10227@notify.cincompass.com

*Served Via U.S. Mail*

| | | |
|---|---|---|
| Irene S. Stavroplos<br>Peter J. Stavroplos<br>Unit 15254 Box 98<br>APO, AP 96205-5400 | Creditors Bankruptcy Service<br>PO Box 800849<br>Dallas, TX 75380-0849 | Capital One Bank(USA)<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119 | Bank of America<br>NC4-105-03-14<br>PO Box 26012<br>Greensboro, NC 27420-6012 | Chase Card<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Army & Air Force<br>   Exchange Services<br>Attn: GC-G<br>3911 S. Walton Walker Blvd.<br>Dallas, TX 75236 | Bank of America<br>PO Box 982238<br>El Paso, TX 79998-2238 | Chase Card Services<br>Attn: Correspondence<br>PO Box 15278<br>Wilmington, DE 19850-5278 |
| American Express<br>Bankruptcy Department<br>16 General Warren Blvd.<br>Malvern, PA 19355-1245 | Barclays Bank Delaware<br>100 S. West Street<br>Wilmington, DE 19801-5015 | Citi<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 |
| AES/Chase Bank<br>PO Box 61047<br>Harrisburg, PA 17106-1047 | Barclays Bank of Delaware<br>PO Box 8803<br>Wilmington, DE 19899-8803 | Citicards Cbna<br>Citicorp Credit Svc/<br>Centralized Bankruptcy<br>PO Box 790040<br>St. Louis, MO 63179-0040 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Capital One Bank<br>11013 W. Broad Street<br>Glen Allen, VA 23060-6017 | Discover Bank<br>Discover Products, Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Amex<br>Correspondence<br>PO Box 981540<br>El Paso, TX 79998-1540 | Citibank<br>701 E. 60th Street North<br>Sioux Falls, SD 57104-0493 | Discover Fin Svcs LLC<br>PO Box 15316<br>Wilmington, DE 19850-5316 |

| Amex<br>PO Box 981537<br>El Paso, TX 79998-1537 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | U.S. Dept. of Education/MOHELA<br>633 Spirit Drive<br>Chesterfield, MO 63005-1243 |
|---|---|---|
| Navient PC Trust<br>c/o Navient Solutions, LLC<br>PO Box 9640<br>Wilkes-Barre, PA 18773-9640 | Navient<br>123 S. Justison Street<br>Suite 30<br>Wilmington, DE 19801-5360 | Navient<br>Attn: Claims Dept.<br>PO Box 9500<br>Wilkes-Barre, PA 18773-9500 |
| USAA Federal Savings Bank<br>PO Box 47504<br>San Antonio, TX 78265-7504 | USAA Federal Savings Bank<br>Attn: Bankruptcy<br>10750 McDermott Fwy<br>San Antonio, TX 78288-0002 | Irene Stavroplos<br>Peter Stavroplos<br>31 N. Woodland Trail<br>Palos Park, IL 60464-1288 |